MORRIS FRANKEL, PLAINTIFF-RESPONDENT, v. SOL KLEINER, *ET AL.*, DEFENDANTS-PETITIONERS.

.On petition for certification to Superior Court, Appellate Division.

*Messrs. Stein & Stein* for the petitioners.

*Messrs. Gross & Gross, Messrs. McGlynn, Stein & McGlynn* and *Messrs. Lasser & Lasser* for the respondent.

July 3, 1964. ▪▪▪▪

RAY BLOOM, *ET AL.*, DEFENDANTS-PETITIONERS, v. HERMAN SOLOMON, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Lewis C. Stanley* for the petitioners.

*Mr. Sol Phillips Perlman* for the respondents.